# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD HENDREX, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIVERSIFIED CONSULTANTS, INC., )<br>)<br>Defendant. )<br>) | Case No.: 3:16-cv-01692-PGS-TJB |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/Ross S. Enders* | */s/ Amy L. Bennecoff Ginsburg* |
| Ross S. Enders, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Sessions, Fishman, Nathan & Israel, L.L.C. | Kimmel & Silverman, P.C. |
| 2303 Oxfordshire Road | 30 East Butler Pike |
| Furlong, PA 18925 | Ambler, PA 19002 |
| Phone: 215-794-7207 | Phone: 215-540-8888 |
| Fax: 215-794-5079 | Fax: 877-788-2864 |
| Email: renders@sessions.legal | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| Date: May 19, 2016 | Date: May 19, 2016 |

BY THE COURT:

_____
J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 19th day of May, 2016:

Ross S. Enders, Esq.
Sessions, Fishman, Nathan & Israel, L.L.C.
2303 Oxfordshire Road
Furlong, PA 18925
Phone: 215-794-7207
Fax: 215-794-5079
Email:   renders@sessions.legal
Attorney for the Defendant

                                                  */s/ Amy L. Bennecoff Ginsburg*
                                                  Amy L. Benecoff Ginsburg, Esq.
                                                  Kimmel & Silverman, P.C.
                                                  30 East Butler Pike
                                                  Ambler, PA 19002
                                                  Phone: 215-540-8888
                                                  Fax: 877-788-2864
                                                  Email: aginsburg@creditlaw.com
                                                  Attorney for the Plaintiff