# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD HENDREX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:16-cv-01692-PGS-TJB |
| | ) |
| DIVERSIFIED CONSULTANTS, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/Ross S. Enders*  | */s/ Amy L. Bennecoff Ginsburg*  |
| Ross S. Enders, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Sessions, Fishman, Nathan & Israel, L.L.C. | Kimmel & Silverman, P.C. |
| 2303 Oxfordshire Road | 30 East Butler Pike |
| Furlong, PA 18925 | Ambler, PA 19002 |
| Phone: 215-794-7207 | Phone: 215-540-8888 |
| Fax: 215-794-5079 | Fax: 877-788-2864 |
| Email: renders@sessions.legal | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| | |
| Date: May 19, 2016 | Date: May 19, 2016 |

BY THE COURT:

_____
                                                              J.